Michele Ballard Miller (SBN 104198)
 mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
 lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. CV 08 1629 JCS<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (Diversity)<br><br>Complaint filed: January 24, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. Sections 1441(b) and 1446, Defendant The Hershey Company (hereinafter referred to as "Defendant") hereby removes to this Court the state court action described below.

1.　　On January 24, 2008, a Complaint was filed against Defendant in the Superior Court of the State of California, County of Alameda, entitled *LARRY LUCHETTI v.*

1  THE HERSHEY COMPANY, a Delaware corporation, and Does 1 through 100, inclusive, Case No. RG08367616. (See Declaration of Lisa C. Hamasaki ("Hamasaki Dec."), ¶ 2, Exh. A).

2. Defendant first received notice from the Plaintiff's counsel of the Complaint and Summons, together with a Notice of Acknowledgment of Receipt – Civil Form, a Notice of Case Management Conference and Order and a Notice of Judicial Assignment for All Purposes, on or about February 7, 2008. Hamasaki Dec. ¶ 3, Exhs. B-E, respectively. Service was completed on February 26, 2008 upon defense counsel's execution and return of the Notice and Acknowledgement of Receipt – Civil Form. (Hamasaki Dec. ¶ 3, Exh. C).

3. No further proceedings have been had and fewer than thirty (30) days have elapsed since this action became removable to this Court. 28 U.S.C. § 1446(b).

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1332, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. Section 1441(b) because it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.

5. Exclusive of interest and costs, Plaintiff is seeking recovery of punitive damages in addition to purported lost wages and lost benefits, and damages for emotional distress. (Complaint, ¶¶ 10, 12 and Prayer for Relief). Plaintiff's Complaint alleges that at the time of his termination in May 2007, he was earning $69,000 annually. (Complaint ¶ 10). Accordingly, if liability were found, an award of damages, exclusive of interest and costs, would easily exceed $75,000, based on lost wages and emotional distress, alone.

6. The Complaint purports to allege a single cause of action against Defendant for wrongful termination in violation of public policy prescribed by the California Labor Code § 1102.5.

7. Plaintiff seeks compensatory and punitive damages according to proof, together with prejudgment interest, attorneys' fees, costs, and other relief.

8. Defendant is informed and believes that Plaintiff Larry Luchetti is a citizen of the State of California as he resides in Mill Valley, California. (Complaint ¶ 4, Exh. A to Hamasaki Dec.). Defendant was at the time of filing of this action, and still is, a citizen of both Delaware and Pennsylvania in that Defendant is a corporation incorporated under the laws of the state of Delaware, with its principal place of business and corporate headquarters in the state of Pennsylvania. (See Complaint ¶ 5, Exh. A to Hamasaki Dec.; Declaration of Christopher M. Scalia ("Scalia Dec."), ¶¶ 2-3).

9. The only other Defendants identified in Plaintiff's Complaint are merely fictitious parties identified as "Does 1-100." The citizenship of these Defendants is disregarded for purposes of removal. 28 U.S.C. § 1441(a).

10. In accordance with 28 U.S.C. Section 1446(a), attached herewith and incorporated by reference are copies of the papers originally served on Defendant:

    (a) Complaint (Exhibit A to Hamasaki Dec.)

    (b) Summons (Exhibit B to Hamasaki Dec.)

    (c) Notice of Acknowledgment of Receipt–Civil (Exhibit C to Hamasaki Dec.)

    (d) Notice of Case Management Conference and Order (Exhibit D to Hamasaki Dec.)

(e)  Notice of Judicial Assignment for All Purposes (Exhibit E to Hamasaki Dec.)

11.  Defendant, upon filing this Notice of Removal of Action, is filing herewith a copy of this Notice of Removal of Action with the Clerk of the Superior Court, County of Alameda, which has effected this removal in accordance with 28 U.S.C. Section 1446(d). (See Hamasaki Dec. ¶ 5, Exh. F).

12.  This action should be assigned to the San Francisco or Oakland divisions of this Court because the action arose in the County of Alameda.

THEREFORE, Defendant gives notice that the above action, which was pending in the Superior Court of the State of California, County of Alameda, is hereby removed to this Court.

Dated: March 25, 2008

MILLER LAW GROUP
A Professional Corporation

By: /s/ Lisa C. Hamasaki
Lisa C. Hamasaki
Attorneys for Defendant
THE HERSHEY COMPANY