Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
   lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

E-filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. CV 08 1629<br><br>DECLARATION OF CHRISTOPHER M. SCALIA<br><br>Complaint filed: January 24, 2008 |

I, CHRISTOPHER M. SCALIA, hereby declare and state as follows:

    1.    I am an attorney licensed to practice in the state of Pennsylvania. I am employed by The Hershey Company as its Labor Counsel. I have personal knowledge of the following facts and if called and sworn as a witness, I could testify competently thereto.

    2.    The Hershey Company is incorporated in Delaware.

1        3.     The Hershey Company maintains its corporate headquarters and its principal place of business in Hershey, Pennsylvania.

      I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct, and that this Declaration was executed in Hershey, Pennsylvania on March 24, 2008.

CHRISTOPHER M. SCALIA