Michele Ballard Miller (SBN 104198)
*mbm@millerlawgroup.com*
Lisa C. Hamasaki (SBN 197628)
*lch@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

E-filing

JCS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LARRY LUCHETTI,

                    Plaintiff,

v.

THE HERSHEY COMPANY, a Delaware
corporation, and DOES 1 through 100,
inclusive,

                    Defendants.

Case No.: **CV 08    1629**

**DECLARATION OF LISA C. HAMASAKI**

Complaint filed:  January 24, 2008

I, LISA C. HAMASAKI, hereby declare and state as follows:

1.      I am an attorney licensed to practice in the State of California.  I am a partner with Miller Law Group, counsel of record for Defendant The Hershey Company.  I have personal knowledge of the following facts, except those stated on information and belief, and if called and sworn as a witness, I could testify competently thereto.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

2.      Upon information and belief, Plaintiff filed a lawsuit against The Hershey Company on January 24, 2008. A true and correct copy of Plaintiff's Complaint is attached and incorporated as Exhibit A.

3.      A true and correct copy of the Summons, Notice of Acknowledgement of Receipt – Civil form, Notice of Case Management Conference and Order and Notice of Judicial Assignment for All Purposes received by Defendant The Hershey Company from Plaintiff's attorney on or about February 7, 2008 are attached as Exhibits B through E, respectively.

4.      On February 26, 2008, I completed and signed the Notice of Acknowledgment of Receipt – Civil form and caused it to be returned to the Plaintiff's attorney, Mr. Daniel Robert Bartley. Accordingly, service became effective on February 26, 2008.

5.      A true and correct copy of the Notice to Superior Court and to Adverse Party of Removal of Action to Federal Court is attached as Exhibit F.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct, and that this Declaration was executed in San Francisco, California, on March 25, 2008.

Lisa C. Hamasaki

DECLARATION OF LISA C. HAMASAKI
Case No.:

# EXHIBIT A

Daniel Robert Bartley, SBN 79586
Daniel Robert Bartley Law Offices
Mail: P.O. Box 686, Novato, CA 94948-0686
St: 7665 Redwood Bvd, Ste 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841
E-mail danielbartleylaw@aol.com

Attorney for Plaintiff Larry Luchetti

FILED
ALAMEDA COUNTY

JAN 2 4 2008

CLERK OF THE SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ALAMEDA
(UNLIMITED JURISDICTION)

| | |
|---|---|
| LARRY LUCHETTI,<br><br>    Plaintiff,<br><br>v.<br><br><br>THE HERSHEY COMPANY, a<br>Delaware corporation, and DOES 1<br>through 100, inclusive,<br><br><br>    Defendants. | Case No.  RG08367616<br><br>**VERIFIED COMPLAINT FOR DAMAGES,<br>WITH DEMAND FOR JURY TRIAL**<br><br>Cause of Action:<br><br>1. Wrongful Termination in Violation of Public<br>Policy Prescribed by California Labor Code §<br>1102.5 (the California Whistleblower Law) |

Plaintiff Larry Luchetti ("Luchetti"), an individual, alleges as follows:

**Nature of Complaint**

1. This is an action by Larry Luchetti related to claims arising from Plaintiff Luchetti's

discharge from his employment position at The Hershey Corporation.

2. This Complaint asserts solely one cause of action:

No. 1: Wrongful Termination in Violation of Public Policy Prescribed by
California Labor Code § 1102.5 (the California Whistleblower Law)

\\\

Verified Complaint - *Luchetti v. The Hershey Company and Does 1-100* – Alameda Superior Court        1

## Venue

3. This court is a proper venue because Defendant had its place of business where Plaintiff last worked in Berkeley, Alameda County, California, within the jurisdiction of this court.

## Parties

4. Plaintiff is a United States citizen, residing at Mill Valley, California. Plaintiff is 61 years of age.

5. Defendant The Hershey Company, is a corporation incorporated in the state of Delaware. Its headquarters offices are located at Hershey 100 Crystal Drive, Hershey, PA 17033-0810. On information and belief, The Hershey Company also does business as Hershey Foods Corporation.

6. Relative to all counts, Plaintiff sues fictitious Defendants Does 1 through 100, inclusive, because their names, and/or capacities, and/or facts showing them liable are not known presently. Plaintiff will amend his Complaint when the true names and capacities have been ascertained. Plaintiff is informed and believes, and on such grounds alleges, that each DOE Defendant is responsible in some actionable manner for the events, occurrences, injuries, and damages alleged herein.

7. The terms "Defendants" will refer collectively to the aforesaid Defendants acting by and through their managerial employees, and each of them.

8. Managerial employees of the Defendants, in doing the acts and things described in this complaint, were acting within the course and scope of their respective agencies and/or employment with the Defendants, and each of them, with the knowledge and consent of the Defendants, and each of them, unless otherwise indicated.

9. Unless otherwise indicated, each Defendant is sued as the agent and employee of every other Defendant acting within the course and scope of said agency, and/or employment, and with the knowledge and consent of ever other Defendant. Further, each Defendant agreed and conspired with the other Defendants, to injure Plaintiff Luchetti and the general public, and each co-conspirator committed the acts alleged herein in furtherance of their conspiracy.

### General Allegations Common to All Causes of Action

10. Plaintiff Larry Luchetti first was employed as a Production Supervisor at Defendant's plant in San Francisco, and then was moved to Defendant's Berkeley operations. His employsment was terminated on Friday, May 11, 2007. Mr. Luchetti's base salary at the time of his employment termination was $69,000 annually.

11. Mr. Luchetti discharge occurred shortly after he had consistently complained to Defendant's management about a machinery safety problem, exposing Defendant's employees to risk of loss of fingers, hands, or more. After Plaintiff stood steadfast in his insistence that such safety problem be addressed, he was accused of not being a team player, he was never given proper managerial authority, and he was subjected to unwarranted scrutiny and criticism in an effort to find pretext to support terminating his employment.

12. California Labor Code § 6310(b) prohibits discharging, threatening with discharge, demoting, suspending, or in any other manner discriminating against (in the terms and conditions of employment), because the employee has made a bona fide oral or written complaint to the employer about unsafe working conditions, or work practices. Such statute entitles one to reinstatement and reimbursement for lost wages and work benefits caused by the acts of the employer.

\\\

Verified Complaint - *Luchetti v. The Hershey Company and Does 1-100* – Alameda Superior Court        3

13. On Monday, May 14, 2007, the next business day after Plaintiff's employment termination, Plaintiff reported the subject safety issue to CAL-OSHA.

**<u>First</u> Cause of Action: Wrongful Termination in Violation of the Public Policy Prescribed by California Labor Code § 1102.5 (the California Whistleblower Law) Against Defendants The Hershey Company and Does 1-100**

14. The allegations of paragraphs 1 through 13, inclusive, are fully incorporated herein by this reference, the same as if completely set forth herein.

15. The above-described conduct of Defendant toward Plaintiff constituted a violation of California Labor Code § 1102.5 (the California Whistleblower Law).

16. As a direct and proximate result of Defendant's aforesaid conduct in violation of state safety laws and regulations, Plaintiff has suffered, continues to suffer, and will continue to suffer for years in the future, substantial losses in income that he would not have suffered had Defendant not engaged in such conduct. These losses have included, but are not limited to, past and future compensation, salary increases, promotions, severance pay, fringe benefits, and lost opportunities essential for advancement of Plaintiff's career.

17. In addition, as a direct and proximate result of Defendant's aforesaid conduct in violation of California Labor Code § 1102.5, Plaintiff has incurred, and continues to incur, emotional and physical sickness, injuries and distress, anguish, embarrassment, humiliation, and mortification, and injury to reputation, in an amount not yet ascertained but within the minimum jurisdiction of this Court.

18. Defendant's conduct in violation of California Labor Code § 1102.5 was calculated to damage Plaintiff's career, was so patently outrageous as to offend ordinary human sensibilities, and was carried out by such Defendant knowingly, willfully, maliciously, recklessly, and

oppressively, with intent to vex, injure, annoy, humiliate, and embarrass Plaintiff, and with

conscious disregard for all Plaintiff's rights. By reason of such acts, Plaintiff is entitled to

recover punitive damages from Defendant, in an amount according to proof.


### Prayer for Relief

Plaintiff requests the following relief:

1. Compensatory damages consistent with proof;

2. The greater of statutory penalties or punitive damages;

3. Court costs;

4. Prejudgment interest;

5. Attorneys' fees according to any provision of law;

6. Trial by jury;

8. Such other and further relief as may be just and proper.


Dated: December ____ 7 , 2007

DANIEL ROBERT BARTLEY
ATTORNEY FOR PLAINTIFF LARRY LUCHETTI

**VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF MARIN

I, LARRY LUCHETTI, under penalty of perjury, under the laws of the State of California, hereby declare:

I am the Plaintiff in this action. I have read the foregoing VERIFIED COMPLAINT FOR DAMAGES, WITH DEMAND FOR JURY TRIAL, and know its contents.

I declare that the matters stated therein are true of my own personal knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true; and that I am willing and competent to testify to such matters if called upon to do so.

EXECUTED on the 8 day December, 2007, in the City of Mill Valley, Marin County, California.

_____
LARRY LUCHETTI

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Daniel Robert Bartley (SBN 79586)
Bartley Law Offices
Mail: POB 686, Novato, CA  94948-0686
Street: 7665 Redwood Blvd, Ste 200, Novato, CA  94945-1405
TELEPHONE NO.: 415 898-4741    FAX NO.: 415 898-4841
ATTORNEY FOR *(Name):* Plaintiff Larry Luchetti  E-mail danielbartleylaw@aol.com

FOR COURT USE ONLY

JAN 2 4 2008

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ALAMEDA
STREET ADDRESS: 1225 Fallon Street, Room 209
MAILING ADDRESS: 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA  94612-4293.
BRANCH NAME: Oakland

CASE NAME:
LUCHETTI v. THE HERSHEY COMPANY

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [✓] **Unlimited** (Amount demanded exceeds $25,000) | [ ] **Limited** (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | R G 0 8 3 6 7 9 1 6 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[✓] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [✓] punitive
4. Number of causes of action *(specify):* one (1)
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 21, 2008
DANIEL ROBERT BARTLEY
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT B



# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
THE HERSHEY COMPANY, a Delaware corporation, and DOES 1
through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LARRY LUCHETTI



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED
ALAMEDA COUNTY

JAN 2 4 2008

CLERK OF THE SUPERIOR COURT

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you.  Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response.  You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales.  Es recomendable que llame a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of the State of California for the County of Alameda
Office of the Clerk, 1225 Fallon St., Rm. 209, Oakland, CA 94612-4293
Telephone 510 208-3949

CASE NUMBER:
*(Número del Caso):*
R G 0 8 3 6 7 3 1 6

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Daniel Robert Bartley (CA State Bar No. 79586), Bartley Law Offices, 7665 Redwood Blvd., Ste. 200,
Novato, CA  94948-0686   Telephone 415 898-4741; fax 415 898-4841; e-mail DanielBartleyLaw@aol.com

| | | | |
|---|---|---|---|
| DATE: | JAN 2 4 2008 | Clerk, by | , Deputy |
| *(Fecha)* | | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*

   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use | | Code of Civil Procedure §§ 412.20, 465 |
| Judicial Council of California | **SUMMONS** | American LegalNet, Inc. \| www.USCourtForms.com |
| SUM-100 [Rev. January 1, 2004] | | |

# EXHIBIT C

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Robert Bartley (CA State Bar #79586)<br>Bartley Law Offices<br>Mail: P.O. Box 686, Novato, CA 94948-0686<br>Street: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405.<br>TELEPHONE NO. 415 898 4741   FAX NO. (Optional) 415 898 4841<br>E-MAIL ADDRESS (Optional): DanielBartleyLaw@aol.com   CELL: 451 847 2060<br>ATTORNEY FOR (Name): Larry Luchetti | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street, Room 209
MAILING ADDRESS: 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA 94612-4293
BRANCH NAME: Oakland

PLAINTIFF/PETITIONER:  Larry Luchetti

DEFENDANT/RESPONDENT: The Hershey Company

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>RG08367616 |
|---|---|

TO (insert name of party being served):    THE HERSHEY COMPANY

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:  February 6, 2008

Daniel Robert Bartley
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other (specify):

    1) Civil Case Cover Sheet; 2) Notice of Case Management Conference and Order; 3) Notice of Judicial Assignment for All Purposes; 4) California Code of Civil Procedure §998 Offer to Compromise.

(To be completed by recipient):

Date this form is signed:   2-26-2008

LISA C. HAMASAKI
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

MILLER LAW GROUP, ATTORNEYS
FOR DEFENDANT, THE HERSHEY COMPANY

▶ _Lisa C. Hamasaki_ (signature)
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

PROOF OF SERVICE

I, Barbara Samuel, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 500 Sansome Street, Suite 400, San Francisco, CA 94111; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Daniel Robert Bartley, Esq.                     Attorney for Plaintiff: *Larry Luchetti*
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686
Tel: (415) 898-4741
Fax: (415) 898-4841

☒  **BY FACSIMILE:** I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-956-3202 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California.

☒  **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California 94111. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒  [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*Barbara Samuel*
Barbara Samuel

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1

# EXHIBIT D

Bartley, Daniel Robert
Post Office Box 686
7665 Redwood Blvd, Ste 2010
Novato, CA 94945-1405

## Superior Court of California, County of Alameda

| Luchetti | No. RG08367616 |
|---|---|
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT** |
| The Hershey Company, a Delaware corporation | **CONFERENCE AND ORDER** |
| **Defendant/Respondent(s)** | Unlimited Jurisdiction |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: **06/10/2008** Time: **08:45 AM** | Department: **19** Location: **Administration Building Third Floor 1221 Oak Street, Oakland CA 94612** Internet: **http://www.alameda.courts.ca.gov** | Judge: **Stephen Dombrink** Clerk: **Barbara Dell** Clerk telephone: **(510) 267-6935** E-mail: **Dept.19@alameda.courts.ca.gov** Fax: **(510) 267-1507** |
|---|---|---|

## ORDERS

1. You must:
   a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. **Give notice** of this conference to any party not included in this notice and file proof of service;
   c. **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM-110 is mandatory) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 01/28/2008.

By _____

_____
Deputy Clerk

# EXHIBIT E

## Superior Court of California, County of Alameda



## Notice of Judicial Assignment for All Purposes

Case Number: RG08367616
Case Title:    Luchetti VS The Hershey Company, a Delaware corporation
Date of Filing: 01/24/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

|  |  |
|---|---|
| Judge: | Stephen Dombrink |
| Department: | 19 |
| Address: | Administration Building |
| | 1221 Oak Street |
| | Oakland  CA  94612 |
| Phone Number: | (510) 267-6935 |
| Fax Number: | (510) 267-1507 |
| Email Address: | Dept.19@alameda.courts.ca.gov |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)**

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULE 3.135.

<u>General Procedures</u>

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Stephen Dombrink
DEPARTMENT 19

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

## Schedule for Department 19

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held:  Mondays through Thursdays at 9:30 a.m.
- Case Management Conferences are held:  Initial Case Management Conferences: Tuesdays through Thursdays at 8:45 a.m. and Fridays at 9:00 a.m. and 2:00 p.m.
- Case Management Conference Continuances: Mondays through Thursdays at 9:00 a.m.
- Law and Motion matters are heard:  Mondays and Thursdays at 8:30 a.m.
- Settlement Conferences are heard:  To be determined by the Court.
- Ex Parte matters are heard:  Mondays and Wednesdays at 9:00 a.m.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:        Dept.19@alameda.courts.ca.gov


- Ex Parte Matters
    Email:        Dept.19@alameda.courts.ca.gov


## Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rule 3.30(c).  Tentative rulings will become the Court's order unless contested.  Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 19
- Phone:  1-866-223-2244

Dated:  01/25/2008                    Executive Officer / Clerk of the Superior Court

                          By      _____
                                                         dqtsi
                                                                Deputy Clerk

---

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

        Executed on 01/28/2008

                          By      _____
                                                         dqtsi
                                                                Deputy Clerk

# EXHIBIT F

1 | Michele Ballard Miller (SBN 104198)
Lisa C. Hamasaki (SBN 197628)
2 | MILLER LAW GROUP
A Professional Corporation
3 | 500 Sansome Street, Suite 400
San Francisco, CA 94111
4 | Tel. (415) 464-4300
Fax (415) 464-4336
5 |
Attorneys for Defendant
6 | THE HERSHEY COMPANY

7

8 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF ALAMEDA

10 | UNLIMITED JURISDICTION

11

12 | LARRY LUCHETTI,                          Case No.: RG 08367616

13

14 |         Plaintiff,                       **NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT**

15 | v.

16 | THE HERSHEY COMPANY, a Delaware           Complaint filed:  January 24, 2008
corporation, and DOES 1 through 100,
17 | inclusive,

18

19 |         Defendants.

20

21 |         TO  THE  ABOVE-ENTITLED  COURT  AND  TO  PLAINTIFF  AND  HIS

22 | ATTORNEYS OF RECORD:

23

24 |         PLEASE TAKE NOTICE THAT on March 26, 2008, Defendant The Hershey

25 | Company (hereinafter referred to as "Defendant") filed in the United States District Court for

26 | the Northern District of California its Notice of Removal of Action to the United States District

27 | Court for the Northern District of California.  A copy of this Notice of Removal is attached to

28 | this Notice, and is served and filed herewith.

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section

2  1446(d), the filing of said Notice of Removal of Action in the United States District Court,

3  together with the filing of this Notice to the Superior Court and Adverse Party, effects the

4  removal of this action, and that this Court is directed to "proceed no further unless and until

5  the case has been remanded." 28 U.S.C. §1446(d).

6

7  Dated: March 25, 2008                    MILLER LAW GROUP
                                            A Professional Corporation
8

9
                                           By: _____
10                                             Lisa C. Hamasaki
11                                             Attorneys for Defendant
                                               THE HERSHEY COMPANY
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT
Case No.: RG 08367616