Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
  lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV-08-1629 JCS<br><br>**DEFENDANT THE HERSHEY COMPANY'S NOTICE OF INTERESTED ENTITIES**<br><br>Complaint filed: January 24, 2008 |

Although Defendant The Hershey Company understands it to be the only entity with a financial interest in this action or with an interest that could substantially affect the outcome of the proceedings, pursuant to Civil Local Rule 3-16, the undersigned identifies Artisan Confections Company which is a wholly owned subsidiary of The Hershey Company.

/ / /

/ / /

/ / /

---

1

DEFENDANT THE HERSHEY COMPANY'S CERTIFICATION OF INTERESTED PARTIES
Case No.:

1 | Dated: March 25, 2008

MILLER LAW GROUP
A Professional Corporation

By: *[signature]*
Lisa C. Hamasaki
Attorneys for Defendant
THE HERSHEY COMPANY

DEFENDANT THE HERSHEY COMPANY'S CERTIFICATION OF INTERESTED PARTIES
Case No.: