Michele Ballard Miller (SBN 104198)
mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: CV 08-1629 JCS<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed: January 24, 2008 |

I, Barbara Samuel, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 500 Sansome Street, Suite 400, San Francisco, CA 94111; I am over the age of eighteen (18) years and am not a party to this action. On March 26, 2008, by the method noted below, I served the following document(s):

1. NOTICE TO SUPERIOR COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION TO FEDERAL COURT WITH ATTACHMENTS (INCLUDING NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§1441(b) (Diversity), DECLARATION OF LISA C. HAMASAKI, DECLARATION OF CHRISTOPHER M. SCALIA; and DEFENDANT THE HERSHEY COMPANY'S NOTICE OF INTERESTED ENTITIES;)

2. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES WITH ATTACHED STANDING ORDER OF UNITED STATES MAGISTRATE JUDGE JOSEPH C. SPERO AND NOTICE OF RULE DISCONTINUING SERVICE BY MAIL AND STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA—CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

3. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

4. ECF REGISTRATION INFORMATION HANDOUT

5. WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

6. CIVIL COVER SHEET

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Daniel Robert Bartley, Esq.　　　　　　　　Attorney for Plaintiff: *Larry Luchetti*
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686
Tel: (415) 898-4741
Fax: (415) 898-4841

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California 94111. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 26, 2008 at San Francisco, California.

*/s/ Barbara Samuel*
/Barbara Samuel