**United States District Court**

For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   LARRY LUCHETTI,                          No. C 08-01629 (JCS)

8              Plaintiff(s),
                                            CLERK'S NOTICE
9        v.

10  THE HERSHEY COMPANY,

11             Defendant(s).
   _____/
12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14

15      YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate

16  Judge Spero previously noticed for July 11, 2008, at 1:30 p.m., has been reset to **July 25, 2008, at**

17  **1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The joint

18  case management conference statement shall be due by **July 18, 2008**.  Any party requesting a

19  continuance shall submit a stipulation and proposed order.

20

21  Dated:  April 1, 2008

22                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk
23

24                                      by:  _____
                                                Karen L. Hom
25                                              Courtroom Deputy

26

27

28