Daniel Robert Bartley, SBN 79586
Daniel Robert Bartley Law Offices
Mail: P.O. Box 686, Novato, CA 94948-0686
St: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841
E-mail danielbartleylaw@aol.com

Attorney for Plaintiff Larry Luchetti

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI, | Case No. CV 08 1629 SI |
| Plaintiff, | **NOTICE OF PLAINTIFF LARRY LUCHETTI'S MOTION TO REMAND TO STATE COURT** |
| v. | |
| THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive, | |
| Defendants. | Judge: Hon. Susan Illston, U.S. District Judge<br>Date: Friday, June 6, 2008<br>Time: 9:00 A.M.<br>Ctrm: SF Courtroom 10, 19th Floor |

TO THE COURT AND COUNSEL FOR DEFENDANT:

PLEASE TAKE NOTICE that Plaintiff Larry Luchetti, on Friday, June 6, 2008, at 9:00 A.M., before The Hon. Susan Illston, Judge, Courtroom 10, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, will move the Court to remand this case to the Superior Court of Alameda County, California, on the ground it was not timely removed within 30 days of service. In support hereof, Plaintiff references the accompanying "Memorandum of Points and Authorities of Plaintiff Larry Luchetti in Support of Motion to Remand to State Court" and the accompanying "Declaration of Plaintiff's Attorney Daniel R. Bartley in Support of Motion to Remand to State Court."

Notice of Motion to Remand - *Luchetti v. The Hershey Company and Does 1-100*    1

1 | Dated: April 25, 2008

2

3 s/

4 _____
DANIEL ROBERT BARTLEY
5 ATTORNEY FOR PLAINTIFF LARRY LUCHETTI

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action.

On today's date, I served, via e-mail and first class mail, a true and correct copy of **"NOTICE OF PLAINTIFF LARRY LUCHETTI'S MOTION TO REMAND TO STATE COURT."**

Such was served upon defense counsel as follows:

> Michele Ballard Miller, Esq.
> Miller Law Group
> 500 Sansome Street, Suite 400
> San Francisco, CA 94111
> Telephone 415-464-4300
> Fax 415-464-4336
> E-mail mbm@MillerLawGroup.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at Novato, Marin County, California.

s/
_____
Daniel Robert Bartley

Notice of Motion to Remand - *Luchetti v. The Hershey Company and Does 1-100*