Daniel Robert Bartley, SBN 79586
Daniel Robert Bartley Law Offices
Mail:  P.O.  Box 686, Novato, CA 94948-0686
St:  7665 Redwood Bvd, Ste 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841
E-mail danielbartleylaw@aol.com

Attorney for Plaintiff Larry Luchetti

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>　　　　Plaintiff,<br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. CV 08 1629 SI<br><br>**POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF LARRY LUCHETTI'S MOTION TO REMAND TO STATE COURT**<br><br>Judge: Hon. Susan Illston, U.S. District Judge<br>Date:　Friday, June 6, 2008<br>Time:　9:00 A.M.<br>Ctrm:　SF Courtroom 10, 19th Floor |

**Introduction and Summary of Argument**

This is a wrongful termination case brought by Larry Luchetti against his former employer, The Hershey Company, of Hershey Pennsylvania.  This case was originally filed on January 24, 2008, in the Superior Court of Alameda County, California.

This is Plaintiff's brief in support of his motion to remand on the ground this case was improperly removed on March 26, 2008, fully forty-four (44) days after Defendant The Hershey Company on February 11, 2008, was served via certified mail pursuant to Cal. Code Civ. P. §415.40.  Such service by certified mail was accomplished upon the individual lawyer designated by the Law Department as the sole contact for communications between Plaintiff's counsel and

The Hershey Company.  This motion is made pursuant to 28 USC §1446(b), which permits a defendant only 30 days from service of process in which to remove an action from state court to United States District Court.

## ARGUMENT

Plaintiff's counsel's law office served the complaint, summons, and other papers upon The Hershey Company via certified mail on February 11, 2008, and Defendant removed this case, on diversity grounds, on March 26, 2008, forty-four (44) days later.  (Bartley Decl. ¶¶1-8.)

Pursuant to 28 USC §1446(b), Defendant had thirty (30) days in which to file its notice of removal.

According to its records on file with the California Secretary of State, The Hershey Company is a corporation incorporated in the state of Delaware, and its headquarters offices are located at Hershey 100 Crystal Drive, Hershey, PA  17033-0810.  (Bartley Decl. ¶8.)  The Hershey Company accordingly is a "person outside this state" as that term is used in Cal. Code Civ. P. §415.40, which reads:

> A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt.

## CONCLUSION

Defendant's removal of this case being untimely, this case should be remanded to the Alameda Superior Court.

Dated: April 25, 2008                    Respectfully submitted,

s/

_____
Daniel Robert Bartley
Attorney for Plaintiff Larry Luchetti

**PROOF OF SERVICE**

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action.

On today's date, I served, via e-mail and first class mail, a true and correct copy of **"POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF LARRY LUCHETTI'S MOTION TO REMAND TO STATE COURT**."

Such was served upon defense counsel as follows:

>Michele Ballard Miller, Esq.
>Miller Law Group
>500 Sansome Street, Suite 400
>San Francisco, CA 94111
>Telephone 415-464-4300
>Fax 415-464-4336
>E-mail mbm@MillerLawGroup.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 25th day of April, 2008, at Novato, Marin County, California.

s/
_____
Daniel Robert Bartley