1  Michele Ballard Miller (SBN 104198)
     *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
     *lch@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  500 Sansome Street, Suite 400
   San Francisco, CA 94111
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  THE HERSHEY COMPANY

8

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11

12  LARRY LUCHETTI,                          Case No.:  CV 08-1629 SI

13
                    Plaintiff,               **DECLARATION     OF     MICHELE**
14                                           **BALLARD MILLER IN OPPOSITION TO**
    v.                                       **PLAINTIFF'S MOTION TO REMAND TO**
15                                           **STATE COURT**

16  THE HERSHEY COMPANY, a Delaware
    corporation, and DOES 1 through 100,     Judge:  Hon. Susan Illston
17  inclusive,                               Date:   Friday, June 6, 2008
                                             Time:   9:00 a.m.
18                  Defendants.              Ctrm:   SF Courtroom 10, 19th Floor

19

20

21

22

23

24

25

26

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

I, **MICHELE BALLARD MILLER**, declare:

1.    I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am a partner in the law firm of MILLER LAW GROUP, Professional Corporation, and am the attorney of record for Defendant THE HERSHEY COMPANY ("Defendant" or the "Company") in the above-captioned matter.  I am also lead trial counsel for Defendant in this case.

2.    I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness, I could competently testify thereto.

3.    Miller Law Group was retained by The Hershey Company in this action.  After receiving a letter from Plaintiff's counsel, Daniel R. Bartley, in early February 2008 which enclosed a Notice and Acknowledgement form explaining that the summons and other documents were being served pursuant to section 415.30 of the California Code of Civil Procedure, we were authorized by the Company to complete the Notice and Acknowledgement form on behalf of The Hershey Company.  Accordingly, on February 26, 2008, an attorney in our office, Lisa C. Hamasaki, signed the form and it was served upon the Plaintiff's attorney via facsimile and U.S. Mail.  A true and correct copy of the executed Notice and Acknowledgement of Receipt – Civil form, dated February 26, 2008 is attached and incorporated as Exhibit A.

4.    Subsequently, on March 17, 2008, I received an email from Mr. Bartley inquiring about whether The Hershey Company had returned the Notice and Acknowledgement form and indicating that he "would prefer to enable [my] client to avoid incurring the expense of personal service."  I responded that same day via email and included a copy of the Notice and Acknowledgment of Receipt form that we had previously served on Mr. Bartley's office.  A true and correct copy of Mr. Bartley's March 17, 2008

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

email is attached and incorporated as Exhibit B.  A true and correct copy of my response to Mr. Bartley, also dated March 17, 2008 is attached and incorporated as Exhibit C.

5.      Several days later, on March 26, 2008, Defendant removed this action to the United States District Court, Northern District of California pursuant to 28 U.S.C. § 1446(b). The basis for removal was diversity jurisdiction.

6.      On April 2, 2008, Plaintiff's counsel sent an email to my partner, Lisa C. Hamasaki, suggesting that Defendant's removal was untimely.  The email was forwarded to me.  A true and correct copy of Mr. Bartley's April 2, 2008 email is attached and incorporated as Exhibit D.

7.      On April 7, 2008, I sent Mr. Bartley an email suggesting a telephone call to further discuss the issue of service.  Mr. Bartley responded by providing me with his general availability over the course of the following few days.  However, after several failed attempts to connect with Mr. Bartley, on April 15, 2008, I sent him another email suggesting that we set a specific time to talk.  A true and correct copy of my April 7, 2008 and April 15, 2008 emails are attached respectively as Exhibits E and F.

8.      Later that same day, on April 15, 2008, I spoke with Mr. Bartley about service of the summons and complaint in this case.  During that call, I indicated that service of process was not completed via certified mail because the documents that he sent to Hershey's in-house Labor Counsel, Christopher M. Scalia, indicated that they were being served pursuant to the Notice and Acknowledgement procedure set forth in Code of Civil Procedure section 415.30 and because Mr. Scalia is not authorized to accept service of process on behalf of the Company.  Accordingly, I explained that service became effective on February 26, 2008 – the date that our office signed and returned the Notice and Acknowledgement form – and that Defendant's removal was therefore timely.  In response,

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**DECLARATION OF MICHELE BALLARD MILLER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND
Case No.: CV 08-1629 SI**

Mr. Bartley indicated that he thought in-house counsel was sufficient for service of process and that he would be looking for some authority to confirm his position.   It was my understanding that we would engage in further discussions on the subject prior to the filing of any motion to remand.

9.    When I had not heard back from Mr. Bartley, on April 17, 2008, I sent him another email asking that he contact me so that we could continue our conversation.   Mr. Bartley did not return my call and I did not hear from him again until I received a copy of Plaintiff's Motion to Remand on April 25, 2008.  A true and correct copy of my April 17, 2008 email is attached and incorporated as Exhibit G.

10.    After reviewing Plaintiff's Motion to Remand, on April 28, 2008, I sent Mr. Bartley a letter again addressing the issue of service of process and reiterating Defendant's position that service was not completed pursuant to Section 415.40 of the California Code of Civil Procedure.   In that letter, I requested that Plaintiff voluntarily withdraw his Motion to Remand and indicated Defendant's intent to seek sanctions for Plaintiff's vexatious and bad faith conduct.   A true and correct copy of my April 28, 2008 letter is attached and incorporated as Exhibit H.

11.    On April 29, 2008, Mr. Bartley sent me a letter responding to my letter of April 28, 2008.  A true and correct copy of Mr. Bartley's letter of April 29, 2008 is attached and incorporated as Exhibit I.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.  Executed on this 16th day of May, 2008 at San Francisco, Calfiornia.

_____/S/_____
Michele Ballard Miller

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

3

**EXHIBIT A**

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel Robert Bartley (CA State Bar #79586) | |

Bartley Law Offices
Mail: P.O. Box 686, Novato, CA 94948-0686
Street: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405

TELEPHONE NO.: 415 898 4741    FAX NO. *(Optional)*: 415 898 4841
E-MAIL ADDRESS *(Optional)*: DanielBartleyLaw@aol.com   CELL: 451 847 2060
ATTORNEY FOR *(Name)*: Larry Luchetti ——

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street, Room 209
MAILING ADDRESS: 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA 94612-4293
BRANCH NAME: Oakland

PLAINTIFF/PETITIONER:  Larry Luchetti

DEFENDANT/RESPONDENT: The Hershey Company

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>RG08367616 |
|---|---|

TO *(insert name of party being served)*:   THE HERSHEY COMPANY

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing:  February 6, 2008

Daniel Robert Bartley
(TYPE OR PRINT NAME)                          (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other *(specify)*:

   1) Civil Case Cover Sheet; 2) Notice of Case Management Conference and Order; 3) Notice of Judicial Assignment for All Purposes; 4) California Code of Civil Procedure §998 Offer to Compromise.

*(To be completed by recipient):*

Date this form is signed:   2-26-2008

LISA C. HAMASAKI
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,          (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

MILLER LAW GROUP, ATTORNEYS
FOR DEFENDANT, THE HERSHEY COMPANY

Page 1 of 1

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

PROOF OF SERVICE

I, Barbara Samuel, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 500 Sansome Street, Suite 400, San Francisco, CA 94111; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Daniel Robert Bartley, Esq.                    Attorney for Plaintiff: *Larry Luchetti*
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686
Tel: (415) 898-4741
Fax: (415) 898-4841

☒ **BY FACSIMILE:** I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-956-3202 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California.

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California 94111. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*Barbara Samuel*
Barbara Samuel

# EXHIBIT B

**From:** DanielBartleyLaw@aol.com [mailto:DanielBartleyLaw@aol.com]
**Sent:** Mon 3/17/2008 6:22 AM
**To:** Michele Ballard Miller
**Cc:** cscalia@hersheys.com
**Subject:** Fwd: Larry Luchetti v. The Hershey Company: Alameda Superior Court Case #RG0...

Dear Ms. Miller:

I am counsel for Plaintiff Larry Luchetti in the above-referenced litigation.

Unless I have overlooked something (which <u>does</u> happen on occasion), I do not believe I have yet heard from you. I presume you've been absorbed with trial or other matters over the past six weeks, as often happens to all of us. I too have been in the same boat over the past six weeks.

I in early February served the complaint, summons, related papers, and a Judicial Council "request for acknowledgment of receipt" form, via certified mail. Even though this makes the cost of any subsequent personal service your client's responsibility, I would prefer to enable your client to avoid incurring the expense of personal service upon your client's management or registered agent. Accordingly, please let me know if we can stipulate to a date by which Defendant's responsive pleading is due.

Thank you.

Dan Bartley

Daniel Robert Bartley Law Offices
E-mail DanielBartleyLaw@aol.com
Website: BartleyLawOffice.com
Mail Address: Post Office Box 686, Novato, CA 94948 0686
Street Address: 7665 Redwood Blvd., Ste. 200, Novato, CA 94945 1405
Tel 415 898 4741 Fax 415 898 4841

Confidentiality Note: The information in this message is an expression of personal opinion, may constitute inside information, and/or may constitute information protected by the attorney-client privilege, the joint prosecution privilege, the common interest privilege, and/or the attorney work product privilege. This is a confidential communication intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (415 898 4741), and please destroy any copies you may have made of this message. This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.

It's Tax Time! Get tips, forms and advice on AOL Money & Finance.

**EXHIBIT C**

**From:** Michele Ballard Miller
**Sent:** Monday, March 17, 2008 1:06 PM
**To:** 'DanielBartleyLaw@aol.com'
**Subject:** Hershey/Luchetti

Daniel:

Attached is a copy of the executed Notice of Acknowlegement that we previously faxed to your office.  Please let me know if you have any questions.

I would like to set up a time to discuss this case with you.  I should be around most of this week if you have time.

Regards,

Michele Miller


**Miller Law Group**
**500 Sansome Street**
**Suite 400**
**San Francisco, CA 94111**
**(tel) 415-464-4300**
**(fax) 415-464-4336**
**www.millerlawgroup.com**

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

IRS CIRCULAR 230 NOTICE: Any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for (a) the purpose of avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO            0577
RECIPIENT ADDRESS   8984841
DESTINATION ID
ST. TIME            02/26 10:17
TIME USE            00'38
PAGES SENT          3
RESULT             OK
```

# Miller Law Group

Professional Corporation

# FACSIMILE TRANSMISSION

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED  IF YOU HAVE RECEIVED THE FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS BELOW VIA THE U.S. POSTAL SERVICE  THANK YOU.

Date: February 26, 2008

**TO:**

| NAME | COMPANY | FACSIMILE | TELEPHONE |
|------|---------|-----------|-----------|
| Daniel Robert Bartley | Bartley Law Offices | (415) 898-4841 | (415) 898-4741 |

**FROM:**   Barbara for Lisa C. Hamasaki

**RE:**   *Luchetti v. The Hershey Company*

**PAGES:**   3 (including cover page)

**Hard Copy**   [X] Will Follow          [ ] Will Not Follow

**NOTE RE ATTACHMENTS:**

**Please see attachment of today's date. Thank you.**

POS-015

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Daniel Robert Bartley (CA State Bar #79586)
Bartley Law Offices
Mail: P.O. Box 686, Novato, CA 94948-0686
Street: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405

TELEPHONE NO.: 415 898 4741    FAX NO. *(Optional)*: 415 898 4841
E-MAIL ADDRESS *(Optional)*: DanielBartleyLaw@aol.com   CELL: 451 847 2060
ATTORNEY FOR *(Name)*: Larry Luchetti

*FOR COURT USE ONLY*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street, Room 209
MAILING ADDRESS: 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA 94612-4293
BRANCH NAME: Oakland

PLAINTIFF/PETITIONER: Larry Luchetti

DEFENDANT/RESPONDENT: The Hershey Company

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER: RG08367616 |
|---|---|

TO *(insert name of party being served)*:    THE HERSHEY COMPANY

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 6, 2008

Daniel Robert Bartley
_____
(TYPE OR PRINT NAME)                         ▶ _____
                                              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. [✓]  A copy of the summons and of the complaint.
2. [✓]  Other *(specify)*:

   1) Civil Case Cover Sheet; 2) Notice of Case Management Conference and Order; 3) Notice of Judicial Assignment for All Purposes; 4) California Code of Civil Procedure §998 Offer to Compromise.

*(To be completed by recipient)*:

Date this form is signed:    2-26-2008

LISA C. HAMASAKI
_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

MILLER LAW GROUP, ATTORNEYS
FOR DEFENDANT, THE HERSHEY COMPANY

▶ _____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

PROOF OF SERVICE

I, Barbara Samuel, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 500 Sansome Street, Suite 400, San Francisco, CA 94111; I am over the age of eighteen (18) years and am not a party to this action.  On the below date, by the method noted below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Daniel Robert Bartley, Esq.                    Attorney for Plaintiff: *Larry Luchetti*
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686
Tel: (415) 898-4741
Fax: (415) 898-4841

☒  **BY FACSIMILE:**  I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-956-3202 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s).  I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California.

☒  **BY MAIL:**  By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California 94111.  I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒  [State]  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*Barbara Samuel*
Barbara Samuel

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

# EXHIBIT D

**From:** DanielBartleyLaw@aol.com [mailto:DanielBartleyLaw@aol.com]
**Sent:** Wednesday, April 02, 2008 6:06 PM
**To:** Lisa Hamasaki; Cheryl Bower; Tracy Wilson
**Cc:** DanielBartleyLaw@aol.com
**Subject:** Meet-and-confer regarding remand of removal . . .

Dear Counsel:

At my law office is a certified mail receipt reflecting the mailing of the complaint and summons to The Hershey Company on February 6, 2008, specifically to its house counsel, Christopher Scalia. Also at my law office is a green return receipt card, reflecting receipt on or about February 8, 2008. (I am not in my office right now and accordingly do not have the green certified mail return receipt card with me -- I am speaking from memory -- I could be off a day or two. I do, however, have with me an electronic copy of my February 6 cover letter to house counsel Scalia.)

I realize that it was significantly later (February 26) that you, Ms. Hamasaki, signed and returned the notice and acknowledgment" form to perfect service under CCP §415.30, so service clearly was *not* perfected under *CCP §415.30* until February 26.

*However,* the signing of such "notice and acknowledgment" form is *not* a necessary prerequisite to the service under *CCP §415.40* being effective, so as to begin the running of Defendant's 30 days in which to remove. 28 USC §1446(b). CCP §415.40 does not carry the CCP §415.30 requirement for execution of the "notice and acknowledgment" form, *in those cases where the summons is being served on a person outside California:* "A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint to the person to be served by first-class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing."
The Hershey Company was served pursuant to CCP §415.40 on February 16, exactly ten (10) days after I mailed the certified letter to house counsel Scalia. Accordingly, the 30 days to remove expired on March 17.

If you have contrary legal authority, please immediately apprise me -- I learn something just about every day in this business. Otherwise, if you do not have contrary authority, Plaintiff Larry Luchetti respectfully asks The Hershey Company to stipulate to a remand without the necessity of Mr. Luchetti having to incur the costs and attorney fees that will be attendant to a motion to remand.

Daniel Bartley

Daniel Robert Bartley Law Offices
E-mail DanielBartleyLaw@aol.com
Website: BartleyLawOffice.com
Mail Address: Post Office Box 686, Novato, CA 94948 0686
Street Address: 7665 Redwood Blvd., Ste. 200, Novato, CA 94945 1405
Tel 415 898 4741 Fax 415 898 4841

Confidentiality Note: The information in this message is an expression of personal opinion, may constitute inside information, and/or may constitute information protected by the attorney-client privilege, the joint prosecution privilege, the common interest privilege, and/or the attorney work product privilege. This is a confidential communication intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (415 898 4741), and please destroy any copies you may have made of this message. This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.

Planning your summer road trip? Check out AOL Travel Guides.

# EXHIBIT E

**From:** Michele Ballard Miller
**Sent:** Monday, April 07, 2008 4:21 PM
**To:** DanielBartleyLaw@aol.com
**Cc:** Lisa Hamasaki
**Subject:** Hersheys

Dan:

In response to your last email regarding removal, I agree that a telephone call on the subject would be helpful.  What is your availability tomorrow or on Wednesday?

Michele

Miller Law Group
500 Sansome Street
Suite 400
San Francisco, CA 94111
(tel) 415-464-4300
(fax) 415-464-4336
www.millerlawgroup.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

IRS CIRCULAR 230 NOTICE: Any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for (a) the purpose of avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

# EXHIBIT F

**From:** Michele Ballard Miller
**Sent:** Tuesday, April 15, 2008 9:05 AM
**To:** DanielBartleyLaw@aol.com
**Cc:** Lisa Hamasaki
**Subject:** RE: Hersheys

Daniel-

I just left another voicemail at your office. Given your schedule, it might make more sense for us to set a specific time to talk. What is your schedule like later today?


Michele Miller

Miller Law Group
500 Sansome Street
Suite 400
San Francisco, CA 94111
(tel) 415-464-4300
(fax) 415-464-4336
www.millerlawgroup.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

IRS CIRCULAR 230 NOTICE: Any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for (a) the purpose of avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

**From:** DanielBartleyLaw@aol.com [mailto:DanielBartleyLaw@aol.com]
**Sent:** Mon 4/7/2008 4:33 PM
**To:** Michele Ballard Miller
**Subject:** Re: Hersheys

Michele,

I have an 11:00 a.m. conference call with several lawyers tomorrow that will probably last about half an hour. Other than that, I should be reachable at just about any other time. Please call at my cell - 415 847 2060 - because I shall be on the road nearly all day tomorrow.

Otherwise, Wednesday, again on the cell, any time except 4:00 p.m., when I have an hour-long meeting. If for some reason the cell is not answering on Wednesday, there is a possibility I may be at my office (415 898 4741) or at my residence (415 897 5590).

I am engaged in trial prep this week that has me all over the place; accordingly, my calendar is a bit uncertain.

Dan

In a message dated 4/7/2008 4:20:57 P.M. Pacific Daylight Time, mbm@millerlawgroup.com writes:
Dan:

In response to your last email regarding removal, I agree that a telephone call on the subject would be helpful.  What is your availability tomorrow or on Wednesday?

Michele

Miller Law Group
500 Sansome Street
Suite 400
San Francisco, CA 94111
(tel) 415-464-4300
(fax) 415-464-4336
www.millerlawgroup.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

IRS CIRCULAR 230 NOTICE: Any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for (a) the purpose of avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

Planning your summer road trip? Check out AOL Travel Guides.

**EXHIBIT G**

**From:** Michele Ballard Miller
**Sent:** Thursday, April 17, 2008 4:25 PM
**To:** 'DanielBartleyLaw@aol.com'
**Cc:** Lisa Hamasaki
**Subject:** RE: Hersheys

Dan:

Give me a call so we can continue our discussion of Tuesday.

Michele

**Miller Law Group**
**500 Sansome Street**
**Suite 400**
**San Francisco, CA 94111**
**(tel) 415-464-4300**
**(fax) 415-464-4336**
**www.millerlawgroup.com**

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any of any email and printout thereof.

IRS CIRCULAR 230 NOTICE: Any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for (a) the purpose of avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

---

**From:** DanielBartleyLaw@aol.com [mailto:DanielBartleyLaw@aol.com]
**Sent:** Friday, April 11, 2008 3:00 PM
**To:** Michele Ballard Miller
**Subject:** Re: Hersheys

Michele,

SO sorry -- the only thing I can think of is that I at the time may have been deep in a parking garage, as I literally was in four different ones (SF courthouse garage, Oakland courthouse garage, and two other garages in Oakland) on Friday.

I should be accessible on Monday, via my cell phone (415 847-2060).

Also, I am accessible today (though I am at my residence, where my cell phone rings only erratically, since we reside on a hillside). Feel free today to call: 415 847-2060 (cell); 415 897-5590 (residence).

Dan Bartley

Daniel Robert Bartley Law Offices
E-mail DanielBartleyLaw@aol.com
Website: BartleyLawOffice.com
Mail Address: Post Office Box 686, Novato, CA 94948 0686
Street Address: 7665 Redwood Blvd., Ste. 200, Novato, CA 94945 1405
Tel 415 898 4741 Fax 415 898 4841

Confidentiality Note: The information in this message is an expression of personal opinion, may constitute inside
information, and/or may constitute information protected by the attorney-client privilege, the joint prosecution privilege,
the common interest privilege, and/or the attorney work product privilege. This is a confidential communication intended
only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you
are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If you have
received this e-mail in error, please immediately notify us by e-mail or telephone (415 898 4741), and please destroy any
copies you may have made of this message. This e-mail is protected by the Electronic Communications Privacy Act, 18
U.S.C. §§ 2510-2521.

In a message dated 4/11/2008 12:28:52 P.M. Pacific Daylight Time, mbm@millerlawgroup.com
writes:

Dan:

I tried to contact you on Wednesday but wasn't able to get you.  Are you around on Monday to
discuss this issue?

Michele

Miller Law Group
500 Sansome Street
Suite 400
San Francisco, CA 94111
(tel) 415-464-4300
(fax) 415-464-4336
www.millerlawgroup.com

---

It's Tax Time! Get tips, forms and advice on AOL Money & Finance.

# EXHIBIT H



April 28, 2008

**Via Facsimile and U.S. Mail**

Daniel Robert Bartley
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686

  *Re:*  ***Luchetti v. The Hershey Company***
     **U.S. District Court, N.D. Cal, Case No. CV08-01629SI**

Dear Mr. Bartley:

    In light of our previous communications concerning the manner in which you contend you served Plaintiff's Complaint, and your statements that you would look for authority in support of your position and would engage in further discussions prior to filing a motion, I was particularly disappointed to receive Plaintiff's Motion to Remand on Friday.

    As previously discussed, although we acknowledge that under California Code of Civil Procedure section 415.40 an out-of-state corporation may be served via certified mail, the requirements for such service were *not* satisfied in this instance. In particular, in order for service to be effective under section 415.40, the summons and complaint must be served on "the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller of chief financial officer, a general manager, or a person authorized by the corporation to receive service of process." CCP 416.10(b). Mr. Christopher Scalia, an in-house labor lawyer for The Hershey Company, does not fall within this definition, and we are aware of no authority suggesting the contrary.

    Your contention that Mr. Scalia's letter of October 30, 2007 which asks that you please "correspond" with him somehow suggests that Mr. Scalia is authorized to accept service on behalf of the corporation is not only entirely bereft of any legal support, but is also belied by your own actions. Nowhere in that letter is there any reference to service of process or any suggestion that Mr. Scalia was then, or ever has been, authorized to receive service of process on behalf of the corporation. Indeed, as I told you when last we spoke, Mr. Scalia has no such authority, and your experience working as an in-house attorney for some company unrelated to The Hershey Company, has no bearing on Mr. Scalia's authority in this respect.

    Moreover, had you intended to complete service of process pursuant to section 415.40 as you now contend, the letter you sent to Mr. Scalia on February 6, 2008 attaching the

500 Sansome Street, Suite 400 San Francisco, CA 94111 • 60 E. Sir Francis Drake Blvd., Suite 302 Larkspur, CA 94939

Tel: 415.464.4300 · Fax: 415.464.4336 · millerlawgroup.com

# Miller Law Group

Daniel Robert Bartley
April 28, 2008
Page 2


Summons, Complaint and other documents, can only be described as a bad faith attempt to mislead the defendant. In that letter, you wrote:

> *I am hoping you are willing to accept service and toward that end will execute and return the enclosed Notice and Acknowledgement of Receipt.* If you or your outside counsel need any extension of time to answer or otherwise plead, such will be no problem at all. (emphasis added)

Surely, had you already effectuated service via certified mail, such language would be unnecessary and misleading. The language contained in the Notice and Acknowledgement of Receipt forms (which you included with your letter) further underscores this point. The form states prominently that:

> *The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure.* Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.
>
> [...] *If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgement of receipt below.* (emphasis added)

Your present contention that service was *really* accomplished pursuant to section 415.40 on February 11, 2008 notwithstanding your letter and the express language in the acknowledgement form, rings hollow. Indeed, it suggests the worst kind of deceptive gamesmanship.


Given these facts, as well as our attempt previously to reach out and discuss these issues in order to avoid the need for Court intervention, we ask that you voluntarily withdraw Plaintiff's Motion to Remand. If you are unwilling to do so, please be advised that in addition to opposing Plaintiff's frivolous motion, we will also be seeking sanctions for your vexatious and bad faith conduct, both pursuant to the Court's inherent power and pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Very truly yours,

Michele Ballard Miller

RMS:mbm

# EXHIBIT I

LAW OFFICES OF
## DANIEL ROBERT BARTLEY
Telephone 415 898 4741 • Fax 415 898 4841
E-mail DanielBartleyLaw@aol.com
Website BartleyLawOffice.com
CA SBN 79586 • KY SBN 3650 • FL SBN 154584

Address for all mail:                                                      Street address:
Post Office Box 686                                              7665 Redwood Blvd., Ste. 200
Novato, CA 94948-0686                                           Novato, CA 94945-1405

April 29, 2008

Michele Ballard Miller, Esq.
Miller Law Group
500 Sansome Street, Suite 400
San Francisco, CA 94111

Re:    *Luchetti v. The Hershey Company*

Dear Ms. Miller:

While I understand your consternation over your client having removed this case beyond the 30-day deadline dictated by 28 USC §1446(b), I respectfully decline your offer that we stipulate to a withdrawal of Mr. Luchetti's motion to remand this case to Alameda Superior Court. Mr. Luchetti's motion to remand is meritorious and is supported by a reasonable and good faith interpretation of the facts and the applicable law.

I became aware of the fact that there had been completed service of process only when, subsequent to my March 17, 2008, e-mail to you, I carefully reviewed the California law on service of process. Specifically, I was surprised to realize that, under Cal. Code Civ. P. §415.40, no signed acknowledgment of receipt is necessary – all that is necessary is that the service upon the out-of-state defendant be via certified mail. There was nothing at all malevolent in my request, reflected in such March 17 e-mail, that you sign and return the acknowledgment of receipt, because The Hershey Company Labor Counsel Scalia indicated you were supplanting him as the sole contact, and because such a signed acknowledgment of receipt *is* required under Cal. Code Civ. P. *§415.30,* but *is not* required under *§415.40,* which reads:

> 415.40.  A **summons** may be served on a person outside this state in any manner provided by this article or by sending a copy of the **summons** and of the complaint to the person to be served by first-class **mail**, postage prepaid, requiring a return receipt. **Service** of a **summons** by this form of **mail** is deemed complete on the 10th day after such mailing.

Subsequent to your and my last meet-and-confer effort on the subject of remand, I pored over my original October 15, 2007, correspondence to The Hershey Company, and noted that such correspondence was addressed to Mr. Burton Snyder, General Counsel, Senior VP, and Secretary, along with three other high-level officers of the company (Senior VP Marcella Arline, Senior VP Greg Tanner, and VP Daniel Darcy). I also observed that the October 30 reply correspondence from The Hershey Company expressly asserted that attorney Scalia was to be the sole contact for *all* future correspondence. (Labor Counsel Scalia wrote: "In the future, please correspond only with me.") The Company obviously delegated to Mr. Scalia the authority to receive all future correspondence on behalf of those four officers and the Company in general – *with no exception for certified mail constituting service of process under California law.*

In view of the unequivocal statement by Mr. Scalia reflecting he had authority to receive all future correspondence in the place and stead of the four officers I wrote, I repeat and reiterate my request that The Hershey Company stipulate to remand.

Very truly yours,

Daniel Robert Bartley