1  Michele Ballard Miller (SBN 104198)
    *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
    *lch@millerlawgroup.com*
3  MILLER LAW GROUP
  A Professional Corporation
4  500 Sansome Street, Suite 400
  San Francisco, CA 94111
5  Tel. (415) 464-4300
  Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY LUCHETTI,<br><br>        Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: CV 08-1629 SI<br><br>**DECLARATION OF CHRISTOPHER M. SCALIA IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Judge: Hon. Susan Illston<br>Date: Friday, June 6, 2008<br>Time: 9:00 a.m.<br>Ctrm: SF Courtroom 10, 19th Floor |

**DECLARATION OF CHRISTOPHER M. SCALIA IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
**Case No.: CV 08-1629 SI**

I, **CHRISTOPHER M. SCALIA**, declare:

1. I am employed by The Hershey Company in the position of Labor Counsel. I have held this position for over two years and my office is located in Hershey, Pennsylvania. I am an attorney at law licensed to practice in the state of Pennsylvania. I am not licensed to practice in California. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2. In my position as Labor Counsel for The Hershey Company, my duties include oversight of labor and employment related issues, providing counseling and advice on labor and employment related issues, and also oversight and interaction with outside counsel retained by The Hershey Company on various labor and employment matters, including employment litigation. In my position as Labor Counsel for The Hershey Company, I am not authorized to receive service of process on behalf of the Company and am not an authorized agent for service of process. In fact, The Hershey Company has a registered agent for service of process in California – CT Corporation System, located at 818 West Seventh Street, Los Angeles, California. Moreover, I am not an officer or director of the Company.

3. I have reviewed the language of California Code of Civil Procedure Section 416.10(b), and can state honestly that I do not fall within the category of persons described therein. I am ***not*** "the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process.."

4. In late-October 2007, I received a copy of a letter dated October 15, 2007, purportedly sent by Plaintiff's counsel, Mr. Daniel Robert Bartley to various officers of The Hershey Company including Mr. Burton H. Snyder, Ms. Marcella K. Arline, Mr. Gregg A. Tanner, and Mr. Daniel T. Darcy. As the letter contained employment and labor related allegations, it was referred to me for review and response.

5. After receiving a copy of that October 15, 2007 letter and examining the facts surrounding Plaintiff Larry Luchetti's termination from employment, I sent a letter to Mr. Bartley via facsimile and email. In that letter, I asked Mr. Bartley to correspond only with me. No where in that letter, and at no point in any conversation, did I ever indicate to Mr. Bartley that I was authorized to accept service on behalf of The Hershey Company. Indeed, the letter made no mention of service of process. Moreover, and as explained above, I am *not* an authorized agent for service of process. A true and correct copy of my October 30, 2007 letter to Mr. Bartley is attached and incorporated as Exhibit A.

6. On February 7, 2008, I received an email from Mr. Bartley which attached a letter from him dated February 6, 2008 and numerous attachments to that letter. As set forth in that letter, those attachments included a form entitled Notice and Acknowledgement of Receipt, a Civil Case Cover Sheet, a Summons, a Complaint, a CCP Section 998 Offer to Compromise, a Notice of Case Management Conference and Order and a Notice of Judicial Assignment for All Purposes. A true and correct copy of the email that I received from Mr. Bartley on February 7, 2008, without the attachments, is attached and incorporated as Exhibit B.

7. Several days later, I received another copy of Mr. Bartley's letter dated February 6, 2008 and the attachments in the mail. The attachments were identical to those I received via email except that the mailed set included two copies of the form entitled Notice and Acknowledgment of Receipt, a self addressed return envelope, and several of

2
**DECLARATION OF CHRISTOPHER M. SCALIA IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
**Case No.: CV 08-1629 SI**

the documents that were unsigned in the versions emailed, bore Mr. Bartley's signature. A true and correct copy of Mr. Bartley's letter dated February 6, 2008 is attached and incorporated as Exhibit C. A true and correct copy of the form entitled Notice and Acknowledgment of Receipt sent by Mr. Bartley is attached and incorporated as Exhibit D.

8.  After reviewing Mr. Bartley's letter dated February 6, 2008 and the attachments, and particularly after reading Mr. Bartley's statement that, "I am hoping you are willing to accept service and toward that end will execute and return the enclosed Notice and Acknowledgment of Receipt" in conjunction with the express language contained in the Notice and Acknowledgement of Receipt form, I understood that Mr. Bartley was serving these documents pursuant to Code of Civil Procedure Section 415.30. In short, I understood that the Company had 20 days to execute and return the Notice and Acknowledgement form and that service would be deemed complete upon execution of that form. Nothing on the face of Mr. Bartley's letter led me to any other conclusion and the documents sent by Mr. Bartley did not contain a proof of service suggesting that the documents were being served by any other manner. I believed at that time, and still believe today, that Mr. Bartley was *asking* me to accept service on behalf of the Company, not serving me as an agent able to accept service.

9.  The Hershey Company referred Plaintiff's Complaint to outside counsel, Miller Law Group and the Company authorized Miller Law Group to submit to Plaintiff's request to accept service pursuant to Code of Civil Procedure Section 415.30. To that end, on February 26, 2008 – nineteen days after Mr. Bartley emailed and mailed the Notice and Acknowledgement form – an attorney at Miller Law Group signed and returned the Notice and Acknowledgement to Mr. Bartley. A true and correct copy of the Notice and Acknowledgement form executed by Lisa C. Hamasaki of Miller Law Group is attached and incorporated as Exhibit E.

3

**DECLARATION OF CHRISTOPHER M. SCALIA IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
**Case No.: CV 08-1629 SI**

10. On March 26, 2008 – 29 days after the Notice and Acknowledgment for was signed and returned to Mr. Bartley, The Hershey Company removed this case from Alameda County Superior Court to the United States District Court, Northern District of California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 14th day of May, 2008 at Hershey, Pennsylvania.

_____
Christopher M. Scalia

# EXHIBIT A



The Hershey Company

100 Crystal A Drive
P. O. Box 810
Hershey, PA 17033-0810
Phone: 717-534-6689
Fax: 717-534-7549
cscalia@hersheys.com

CHRISTOPHER M. SCALIA
Labor Counsel

October 30, 2007

***VIA FACSIMILE & EMAIL***
Daniel R. Bartley
7665 Redwood Blvd., Ste. 200
Novato, CA 94945-1405

Dear Mr. Bartley:

Your October 15, 2007 letter to Burton H. Snyder, Marcella K. Arline, Gregg A. Tanner and Daniel T. Darcy has been directed to me for a response. In the future, please correspond only with me. The Hershey Company ("Hershey") has reviewed the allegations contained in your letter and examined the facts surrounding Mr. Lucetti's termination from employment. We do not agree with your position and find that Mr. Lucetti's termination was proper under the circumstances. Accordingly, Hershey declines both your request for a sit-down meeting on this matter as well as your invitation to reinstate Mr. Lucetti.

The issue before us is one of poor job performance, not retaliation for whistle blower activity. To that end, it is noted that your client allegedly complained to CAL-OSHA after his employment ended, which is hardly sufficient to maintain a legal claim premised on retaliation. Moreover, and as you will see in the detailed documentation concerning Mr. Lucetti's poor performance, enforcing and establishing a safety program was one of the areas in which Mr. Lucetti had to improve. His failure to meet those expectations was one of the many reasons he was terminated.

Please contact me if you have additional information you would like Hershey to consider.

Sincerely,

Christopher M. Scalia, Esq.

CMS:bg

# EXHIBIT B

**From:** DanielBartleyLaw@aol.com [mailto:DanielBartleyLaw@aol.com]
**Sent:** Thursday, February 07, 2008 12:08 AM
**To:** Scalia, Christopher
**Subject:** Larry Luchetti v. The Hershey Company: Alameda Superior Court Case #RG08367616

Mr. Scalia:

Attached are courtesy PDF copies of a self-explanatory letter and documents pertaining to the above action.

Hard copies of all these are going out to you via certified mail.

Dan Bartley
Cell 415 847 2060

Daniel Robert Bartley Law Offices
E-mail DanielBartleyLaw@aol.com
Website: BartleyLawOffice.com
Mail Address: Post Office Box 686, Novato, CA 94948 0686
Street Address: 7665 Redwood Blvd., Ste. 200, Novato, CA 94945 1405
Tel 415 898 4741   Fax 415 898 4841

Confidentiality Note: The information in this message is an expression of personal opinion, may constitute inside information, and/or may constitute information protected by the attorney-client privilege, the joint prosecution privilege, the common interest privilege, and/or the attorney work product privilege. This is a confidential communication intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If you have received this e-mail in error, please immediately notify us by e-mail or telephone (415 898 4741), and please destroy any copies you may have made of this message. This e-mail is protected by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521.

---

Who's never won? Biggest Grammy Award surprises of all time on AOL Music.m

# EXHIBIT C

LAW OFFICES OF
**DANIEL ROBERT BARTLEY**
Telephone 415 898 4741 • Fax 415 898 4841
E-mail DanielBartleyLaw@aol.com
Website BartleyLawOffice.com
CA SBN 79586 • KY SBN 3650 • FL SBN 154584

Address for all mail:
Post Office Box 686
Novato, CA 94948-0686

Street address:
7665 Redwood Blvd., Ste. 200
Novato, CA 94945-1405

February 6, 2008

Christopher M. Scalia, Labor Counsel
The Hershey Conmpany
100 Crystal A Drive
P.O. Box 810
Hershey, PA 17033-0810

Re: *Luchetti v. The Hershey Company* – Alameda Superior Court Case No. RG08367616

Dear Mr. Scalia:

I appreciate the courtesy you showed via your October 30, 2007, letter. I apologize for the delay in getting back to you – I have been in back-to-back trials, pretty much monopolizing my time, from November 26 through January 25.

I provide to you the following:

1) Notice and Acknowledgment of Receipt – Civil (2 copies, w/return envelope)
2) Civil Case Cover sheet
3) Summons
4) Complaint
5) CCP §998 Offer to Compromise
6) Notice of Case Management Conference and Order
7) Notice of Judicial Assignment for All Purposes

I must say it's a little hard suing The Hershey Company – not unlike suing Santa Claus, because so many of us have such fond life-long memories of your products. Further, those, like myself, who have ever been fortunate enough to visit your headquarters at Hershey, Pennsylvania, and the lovely resort there count that visit as one of the most fun times ever. But, even great companies like yours sometimes have disagreements among managers out in the field.

In any event, let's see how this goes. It is always possible that, with a little discovery done on both sides, you and I in a few months will both know a lot more about the case and will be in a better position to know whether we can reach a fair and reasonable compromise resolution.

I am hoping you are willing to accept service and toward that end will execute and return the enclosed Notice and Acknowledgment of Receipt. If you or your outside counsel need any extension of time to answer or otherwise plead, such will be no problem at all.

Very truly yours,

Daniel Robert Bartley

P.S. I'm sure you get asked this all the time: Are you any relation to Justice Scalia?

# EXHIBIT D

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Robert Bartley (CA State Bar #79586)<br>Bartley Law Offices<br>Mail: P.O. Box 686, Novato, CA 94948-0686<br>Street: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405<br>TELEPHONE NO.: 415 898 4741   FAX NO. (Optional): 415 898 4841<br>E-MAIL ADDRESS (Optional): DanielBartleyLaw@aol.com   CELL: 451 847 2060<br>ATTORNEY FOR (Name): Larry Luchetti | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street, Room 209<br>MAILING ADDRESS: 1225 Fallon Street, Room 209<br>CITY AND ZIP CODE: Oakland, CA 94612-4293<br>BRANCH NAME: Oakland | |
| PLAINTIFF/PETITIONER: Larry Luchetti<br>DEFENDANT/RESPONDENT: The Hershey Company | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>RG08367616 |

TO (insert name of party being served):    THE HERSHEY COMPANY

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 6, 2008

_____Daniel Robert Bartley_____                     _____[signature]_____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):

   1) Civil Case Cover Sheet; 2) Notice of Case Management Conference and Order; 3) Notice of Judicial Assignment for All Purposes; 4) California Code of Civil Procedure §998 Offer to Compromise.

(To be completed by recipient):

Date this form is signed:

▶

_____                     _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)                    ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

# EXHIBIT E

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel Robert Bartley (CA State Bar #79586)<br>Bartley Law Offices<br>Mail: P.O. Box 686, Novato, CA 94948-0686<br>Street: 7665 Redwood Blvd, Ste 200, Novato, CA 94945-1405<br>TELEPHONE NO.: 415 898 4741    FAX NO. (Optional): 415 898 4841<br>E-MAIL ADDRESS (Optional): DanielBartleyLaw@aol.com   CELL: 451 847 2060<br>ATTORNEY FOR (Name): Larry Luchetti | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street, Room 209
MAILING ADDRESS: 1225 Fallon Street, Room 209
CITY AND ZIP CODE: Oakland, CA 94612-4293
BRANCH NAME: Oakland

PLAINTIFF/PETITIONER: Larry Luchetti

DEFENDANT/RESPONDENT: The Hershey Company

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: RG08367616

TO (insert name of party being served): __THE HERSHEY COMPANY__

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: February 6, 2008

__Daniel Robert Bartley__
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):

   1) Civil Case Cover Sheet; 2) Notice of Case Management Conference and Order; 3) Notice of Judicial Assignment for All Purposes; 4) California Code of Civil Procedure §998 Offer to Compromise.

(To be completed by recipient):

Date this form is signed: 2-26-2008

LISA C. HAMASAKI
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)
MILLER LAW GROUP, ATTORNEYS FOR DEFENDANT, THE HERSHEY COMPANY

▶ _[signature]_
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

I, Barbara Samuel, declare that I am employed at Miller Law Group, A Professional Corporation, whose address is 500 Sansome Street, Suite 400, San Francisco, CA 94111; I am over the age of eighteen (18) years and am not a party to this action. On the below date, by the method noted below, I served the following document(s):

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Daniel Robert Bartley, Esq.                Attorney for Plaintiff: *Larry Luchetti*
Bartley Law Offices
P.O. Box 686
Novato, CA 94948-0686
Tel: (415) 898-4741
Fax: (415) 898-4841

☒ **BY FACSIMILE:** I served the foregoing documents on the interested party/parties in this action by facsimile transmission from fax number 415-956-3202 and the transmission was reported as completed without error before 5:00 p.m. to the office(s) with the aforementioned fax number(s). I attached to this proof of service the transmission report that was properly issued by the transmitting facsimile machine maintained by Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California.

☒ **BY MAIL:** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the ordinary course of business for collection and mailing on this date at Miller Law Group, 500 Sansome Street, Suite 400, San Francisco, California 94111. I declare that I am readily familiar with the business practice of Miller Law Group for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2008, at San Francisco, California.

*Barbara Samuel*
Barbara Samuel