1  Michele Ballard Miller (SBN 104198)
     mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
     lch@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  500 Sansome Street, Suite 400
   San Francisco, CA 94111
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
7  Attorneys for Defendant
   THE HERSHEY COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY LUCHETTI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 08-1629 SI<br><br>**DECLARATION OF BURTON H. SNYDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Judge: Hon. Susan Illston<br>Date: Friday, June 6, 2008<br>Time: 9:00 a.m.<br>Ctrm: SF Courtroom 10, 19th Floor |

I, **BURTON H. SNYDER**, declare:

1. I am employed by The Hershey Company in the position of Senior Vice President, General Counsel and Secretary. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness, I could competently testify thereto.

2. In my position as Senior Vice President, General Counsel and Secretary, my duties include oversight and responsibility for all of the in-house lawyers employed by The Hershey Company, including Mr. Christopher M. Scalia, Labor Counsel for The Hershey Company.

3. Mr. Scalia is not authorized to receive service of process on behalf of The Hershey Company. He is not "the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process." In fact, The Hershey Company has a registered agent for service of process in California – CT Corporation System, located at 818 West Seventh Street, Los Angeles, California.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on this 14th day of May, 2008 at Hershey, Pennsylvania.

Burton H. Snyder

1

**DECLARATION OF BURTON H. SNYDER IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
Case No.: CV 08-1629 SI