1  Michele Ballard Miller (SBN 104198)
       *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
       *lch@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  500 Sansome Street, Suite 400
   San Francisco, CA 94111
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  THE HERSHEY COMPANY

8

9                    **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12  LARRY LUCHETTI,                      Case No.:  CV 08-1629 SI

13
                                         **[PROPOSED]   ORDER   DENYING**
14            Plaintiff,                  **PLAINTIFF'S MOTION TO REMAND TO**
                                          **STATE COURT**
    v.
15

16  THE HERSHEY COMPANY, a Delaware       Judge:  Hon. Susan Illston
    corporation, and DOES 1 through 100,  Date:   Friday, June 6, 2008
17  inclusive,                            Time:   9:00 a.m.
                                          Ctrm:   SF Courtroom 10, 19th Floor
18
              Defendants.
19

20

21

22         Plaintiff Larry Luchetti ("Plaintiff") brought his Motion to Remand to State Court

23  alleging that Defendant The Hershey Company's removal of this action to federal court was

24  untimely.  Plaintiff's Motion came on for hearing on June 6, 2008 at 9:00 a.m. in Courtroom

25  10, of this Court, the Honorable Susan Illston, presiding.  Michele Ballard Miller of the Miller

26  Law Group, Professional Corporation, appeared on behalf of Defendant The Hershey

27  Company.  Daniel R. Bartley appeared on behalf of Plaintiff.

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

1    Having considered the papers and arguments of counsel, and no good cause
2  appearing, Plaintiff's Motion to Remand to State Court is hereby denied.

3

4    **IT IS SO ORDERED.**

5

6    Dated: _____, 2008.

7

8                                                    _____
9                                                    The Honorable Susan Illston
                                                     United States District Judge

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
LARKSPUR, CALIFORNIA

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**
**Case No.: CV 08-1629 SI**