Michele Ballard Miller (SBN 104198)
   mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
   lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>    Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: CV 08-1629 SI<br><br>**DEFENDANT THE HERSHEY COMPANY'S REQUEST TO STRIKE PLAINTIFF'S EXCESSIVE REPLY BRIEF AND PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, AND REQUEST FOR HEARING**<br><br>Judge: Hon. Susan Illston<br>Date: Friday, June 6, 2008<br>Time: 9:00 a.m.<br>Ctrm: SF Courtroom 10, 19th Floor |

Defendant The Hershey Company ("Hershey") asks the Court to strike Plaintiff Larry Luchetti's 20-page "Reply Points and Authorities in Support of Plaintiff Larry Luchetti's Motion to Remand to State Court," because it exceeds the 15-page limit provided under the Northern District Local Rules. N.D. Cal. Civ. R. 7-3(c) ("the reply brief or memorandum may not exceed 15 pages of text"). Likewise, Hershey requests that the Court disregard any legal argument to the extent it is contained within Plaintiff's 25-page "[Plaintiff's Proposed] Order Remanding Case and Denying Defendant's Motion For Sanctions." Such a

consequence is warranted because Plaintiff's excessively long reply brief and unprecedented proposed order – which come on the heels of his frivolous three-page motion and his counsel's misleading declaration – evidence Plaintiff's strategy to flout procedural rules and thereby waste judicial resources (as well as Hershey's resources). Alternatively, Hershey requests that, at a minimum, the Court strike the five excessive pages of Plaintiff's reply brief.

Additionally, Hershey requests that if the Court is inclined to rule against Hershey without a hearing, it provide Hershey the opportunity to respond (either in writing or at a hearing) to the factual and legal arguments in Plaintiff's Reply.

Dated:  June 3, 2008                                MILLER LAW GROUP
                                                                    A Professional Corporation


                                                                    By:_____/S/_____
                                                                         Lisa C. Hamasaki
                                                                         Attorneys for Defendant
                                                                         THE HERSHEY COMPANY