Daniel Robert Bartley, SBN 79586
Daniel Robert Bartley Law Offices
Mail:  P.O.  Box 686, Novato, CA 94948-0686
St:  7665 Redwood Bvd, Ste 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841
E-mail danielbartleylaw@aol.com

Attorney for Plaintiff Larry Luchetti

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>          Plaintiff,<br>v.<br><br>THE HERSHEY COMPANY, a<br>Delaware corporation, and DOES 1<br>through 100, inclusive,<br><br>          Defendants.<br>_____ | Case No. CV 08 1629 SI<br><br>**PLAINTIFF'S POINTS AND AUTHORITIES IN OPPOSITION TO "DEFENDANT THE HERSHEY COMPANY'S REQUEST TO STRIKE PLAINTIFF'S EXCESSIVE REPLY BRIEF AND PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, AND REQUEST FOR HEARING"**<br><br>Judge: Hon. Susan Illston, U.S. District Judge<br>Date:   Friday, June 6, 2008<br>Time:  9:00 A.M.<br>Ctrm:  SF Courtroom 10, 19th Floor |

**I.    DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S 20-PAGE BRIEF SHOULD BE DENIED, SINCE SUCH BRIEF IN SUBSTANCE IS NOT ONLY A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, BUT ALSO IS A BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS.**

Civil L.R. 7-4, governing briefs in reference to motions, reads, in pertinent part:

> **(b) Length.** Unless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text.

Plaintiff's subject 20-page brief, while *captioned* "Reply Points and Authorities in Support of Plaintiff Larry Luchetti's Motion to Remand to State Court", *in substance* is not

solely a reply brief in support of Plaintiff's motion for remand (for which there is a 15-page limit), but *also is a brief in opposition to Defendant's motion for sanctions* (for which there is a *25-page* limit). The Table of Contents in the subject brief clearly reflects that approximately one-half of the brief is devoted to argument in opposition to Defendant's motion for sanctions:

> XII. Defendant Was *Not* a Victim of Any Bad Faith Conduct (pp. 10-13)
> XIII. Defendant's Request That the Court, Pursuant to its Inherent Power, Assess Plaintiff and Plaintiff's Counsel with Sanctions, Is Not Supported by the Evidence, Is Not Supported by the Law, and Is Hypocritical (pp. 13-18)
>     A. General Rules as to Sanctions Pursuant to Court's Inherent Power (p. 13)
>     B. Defendant's Accusation of Deceit and Bad Faith by Plaintiff's Counsel Is Unsupported by the Evidence (p. 13)
>     C. Defendant's Demand for Imposition Sanctions Is Unwarranted (pp. 16-18)
> Conclusion (pp. 18-20)

**II. DEFENDANT'S MOTION TO STRIKE "[PLAINTIFF'S PROPOSED] ORDER REMANDING CASE AND DENYING DEFENDANT'S MOTION FOR SANCTIONS" IS WITHOUT MERIT AND SHOULD BE DENIED.**

It is not at all uncommon for a court to cite legal authorities in an order remanding a case – especially where the remand motion has presented a case of first impression that may result in a published decision. Defendant's motion to strike "[Plaintiff's Proposed] Order Remanding Case and Denying Defendant's Motion for Sanctions", because it includes supporting citations to legal authorities, should be denied because such motion is not supported by any legal authority.

**CONCLUSION**

Defendant's motions to strike are without merit and should be denied.

Dated: June 3, 2008

                                          s/
                                          _____
                                          DANIEL ROBERT BARTLEY
                                          ATTORNEY FOR PLAINTIFF LARRY LUCHETTI

**PROOF OF SERVICE**

The undersigned declares he/she is employed in the county of Marin, State of California, by Daniel Robert Bartley Law Offices, P.O. Box 686, Novato, CA, 94948-0686. I am over the age of 18 and not a party to this action.

On today's date, I served, via e-mail and first class mail, a true and correct copy of **PLAINTIFF'S POINTS AND AUTHORITIES IN OPPOSITION TO "DEFENDANT THE HERSHEY COMPANY'S REQUEST TO STRIKE PLAINTIFF'S EXCESSIVE REPLY BRIEF AND PROPOSED ORDER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, AND REQUEST FOR HEARING"**

Such was served upon defense counsel as follows:

> Michele Ballard Miller, Esq.
> Miller Law Group
> 500 Sansome Street, Suite 400
> San Francisco, CA 94111
> Telephone 415-464-4300
> Fax 415-464-4336
> E-mail mbm@MillerLawGroup.com

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 3rd day of June, 2008, at Novato, Marin County, California.

s/
_____
Daniel Robert Bartley