Michele Ballard Miller (SBN 104198)
    mbm@millerlawgroup.com
Lisa C. Hamasaki (SBN 197628)
    lch@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
500 Sansome Street, Suite 400
San Francisco, CA 94111
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
THE HERSHEY COMPANY

Daniel Robert Bartley (SBN 79586)
    danielbartleylaw@aol.com
Daniel Bartley Law Offices
P.O. Box 686
Novato, CA  94948-0686
Tel.  (415) 898-4741
Fax  (415) 898-4841

Attorneys for Plaintiff
LARRY LUCHETTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>        Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.:  CV 08-1629 SI<br><br>**STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Susan Illston |

The Parties, Plaintiff LARRY LUCHETTI ("Plaintiff") and Defendant THE HERSHEY COMPANY ("Defendant"), by and through their undersigned attorneys, hereby

stipulate to continue the Initial Case Management Conference currently calendared for July 25, 2008 at 2:00 p.m. to September 5, 2008 at 2:00 p.m., or as soon thereafter as the Court's schedule permits. The Parties further agree to continue all associated case management deadlines, including applicable ADR deadlines, the deadline for completing initial disclosures, filing a case management statement and filing a Rule 26(f) report to correspond to the continued case management conference date. Accordingly, the Parties have agreed to and suggest the following schedule:

| Date | Action |
|---|---|
| August 15, 2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan;<br>• File ADR Certification signed by Parties and Counsel;<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
| August 29, 2008 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| October 3, 2008<br><s>September 5, 2008</s> | INITIAL CASE MANAGEMENT CONFERENCE |

Good cause exists for this extension because Plaintiff's attorney, Mr. Daniel Bartley, is currently out of state due to a family medical emergency and is unavailable. Although the exact duration of Mr. Bartley's unavailability is unknown, it is anticipated that Mr. Bartley may remain out of state and unavailable for several weeks. Accordingly, it is in the interest of the parties to continue the initial case management conference and to await Plaintiff's counsel to return before proceeding with ADR discussions, or expending time and resources on preparing initial disclosures, a Rule 26(f) report, or a joint case management conference statement.

This is the first request either party has made for any continuances related to the scheduling order in this case.

**IT IS SO STIPULATED.**

Dated: July 3, 2008               MILLER LAW GROUP
                                  A Professional Corporation


                                  By:_____/S/_____
                                     Michele Ballard Miller
                                     Attorneys for Defendant
                                     THE HERSHEY COMPANY


Dated: July 3, 2008               DANIEL ROBERT BARTLEY LAW OFFICES


                                  By:_____/S/_____
                                     Daniel Robert Bartley
                                     Attorney for Plaintiff
                                     LARRY LUCHETTI

1  This is the first request either party has made for any continuances related to
2  the scheduling order in this case.
3
4  **IT IS SO STIPULATED.**
5
6  Dated: July __, 2008                    MILLER LAW GROUP
                                            A Professional Corporation
7
8
9                                           By:_____
                                            Michele Ballard Miller
10                                          Attorneys for Defendant
                                            THE HERSHEY COMPANY
11
12  Dated: July 3, 2008                    DANIEL ROBERT BARTLEY LAW OFFICES
13
14                                          By:_____
                                            Daniel Robert Bartley
15                                          Attorney for Plaintiff
                                            LARRY LUCHETTI
16

3

STIPULATED REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES AND [PROPOSED] ORDER
Case No.: CV 08-1629 SI

**ORDER**

Having reviewed the Stipulation executed by Plaintiff LARRY LUCHETTI and Defendant THE HERSHEY COMPANY and good cause appearing, the Court hereby orders that the July 25, 2008 Initial Case Management Conference and associated dates are vacated and rescheduled pursuant to the schedule set forth below.

| | |
|---|---|
| August 15, 2008 | Last day to:<br>• Meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan<br>• File ADR Certification signed by Parties and Counsel<br>• File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| August 29, 2008 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report |
| 10/3/08<br><s>September 5, 2008</s> | INITIAL CASE MANAGEMENT CONFERENCE |

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                  The Honorable Susan Illston
                                                                  United States District Judge