UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


LARRY LUCHETTI

                                 Case No. C 08-1629 SI

          Plaintiff(s),

                                 ADR CERTIFICATION BY PARTIES
                                 AND COUNSEL

      v.

THE HERSHEY COMPANY

          Defendant(s).

_____/


        Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
that he or she has:

        **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District
of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed
copies are available from the clerk's office for parties in cases not subject to the court's
Electronic Case Filing program (ECF) under General Order 45);*

        **(2)** Discussed the available dispute resolution options provided by the Court and private
entities; and

        **(3)** Considered whether this case might benefit from any of the available dispute
resolution options.


Dated: 8-11-08

                                        [Party]


Dated: 8-14-08

                                        [Counsel] LISA C. HAMASAKI


> When filing this document in ECF, please be sure to use the ADR Docket Event entitled
> "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."