1  Michele Ballard Miller (SBN 104198)
      *mbm@millerlawgroup.com*
2  Lisa C. Hamasaki (SBN 197628)
      *lch@millerlawgroup.com*
3  Claudia J. Castillo (SBN 215603)
      *cjc@millerlawgroup.com*
4  MILLER LAW GROUP
   A Professional Corporation
5  500 Sansome Street, Suite 400
   San Francisco, CA 94111
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  THE HERSHEY COMPANY

9  Daniel Robert Bartley (SBN 79586)
      *danielbartleylaw@aol.com*
10 Daniel Robert Bartley Law Offices
   Mail: P.O. Box 686, Novato, CA 94948-0686
11 St: 7665 Redwood Blvd., Ste 200, Novato, CA 94945-1405
   Tel. (415) 898-4741
12 Fax. (410 898-4841

13 Attorney for Plaintiff LARRY LUCHETTI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>           Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.:  C 08-1629 SI<br><br>**JOINT RULE 26(f) REPORT** |

**JOINT RULE 26(F) REPORT**
**Case No.: C 08-1629 SI**

1. Pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order Granting the Stipulated Request to Continue the Initial Case Management Conference and Associated Dates, a telephonic meeting was held on August 14, 2008 and was attended by Daniel Robert Bartley, Esq. for the Plaintiff and Lisa C. Hamasaki, Esq. for the Defendant.

2. The parties jointly propose the following discovery plan:

   a. The parties will exchange all Initial Disclosures by mail on or before August 29, 2008.

   b. Discovery will be needed on the following subjects:
      i. All bases for Plaintiff's allegations;
      ii. All bases for Defendant's defenses;
      iii. Measure of Plaintiff's lost compensation, benefits, etc.;
      iv. All information pertaining to the scope and details of Plaintiff's alleged non-economic damages including but not limited to emotional and physical sickness, injuries, and distress, anguish, embarrassment, humiliation and mortification, and injury to reputation.

   c. All fact discovery should be completed no later than February 27, 2009.

   d. Expert disclosures and reports to be exchanged no later than March 16, 2009.

   e. Rebuttal expert disclosures and reports, if any, to be exchanged no later than April 16, 2009.

f. Expert discovery cutoff shall be May 18, 2009.

g. Other items:

   i. The parties are willing to rely on paper records generated from discoverable electronically stored information, although either party may seek declarations from the other party verifying that the documents constitute true and correct reproductions of the electronically stored information.

   ii. The deadline to file dispositive motions will be on March 27, 2009.

   iii. This case should be ready for trial on or about June 1, 2009.

Dated:  August 29, 2008                    MILLER LAW GROUP
                                           A Professional Corporation


                                           By:_____//S//_____
                                              Lisa C. Hamasaki
                                              Attorneys for Defendant
                                              THE HERSHEY COMPANY


Dated:  August 29, 2008                    DANIEL ROBERT BARTLEY LAW OFFICES


                                           By:_____//S//_____
                                              Daniel Robert Bartley
                                              Attorneys for Plaintiff
                                              LARRY LUCHETTI