IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY LUCHETTI,

        Plaintiff,

v.

THE HERSHEY COMPANY,

        Defendant.
_____/

No. C 08-01629 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 23, 2009 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 13, 2009.

DESIGNATION OF EXPERTS: 4/24/09; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 15, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by March 13, 2009;

    Opp. Due March 27, 2009; Reply Due April 3, 2009;

    and set for hearing no later than April 17, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 2, 2009 at 3:30 PM.

JURY TRIAL DATE: June 15, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court extended the deadline for the completion of the ENE session to 1/16/09.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

*Susan Illston*
_____
SUSAN ILLSTON
United States District Judge