Daniel Robert Bartley, SBN 79586
Daniel Robert Bartley Law Offices
Mail: P.O. Box 686, Novato, CA 94948-0686
St: 7665 Redwood Bvd, Ste 200, Novato, CA 94945-1405
Tel 415 898 4741 • Fax 415 898 4841
E-mail danielbartleylaw@aol.com

Attorney for Plaintiff Larry Luchetti

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY LUCHETTI,

        Plaintiff,

v.

THE HERSHEY COMPANY, a
Delaware corporation, and DOES 1
through 100, inclusive,

        Defendants.

_____

Case No. CV 08 1629 SI

**ORDER GRANTING LEAVE TO FILE FIRST
AMENDED COMPLAINT, WITH DEMAND
FOR JURY TRIAL, AND CONTINUING
TRIAL DATE AND RELATED DATES**

      WHEREAS, Plaintiff Larry Luchetti has tendered to Defendant The Hershey Company a

proposed "First Amended Complaint, with Demand for Jury Trial", adding a new "Common Law

Wrongful Termination in Violation of Public Policy" cause of action, pleading specific CAL-

OSHA regulations Plaintiff alleges were violated, and adding additional factual details to his

claims for punitive damages;

      WHEREAS, Defendant The Hershey Company has stipulated to the filing of such First

Amended Complaint, provided Plaintiff Larry Luchetti make himself available for further

deposition regarding these new allegations, any information or subjects that come to light as a

*Luchetti v. The Hershey Company* — ND Cal. Case No. CV 08 1629 SI           1

result of Plaintiff's testimony about these new allegations, and any further information provided by Plaintiff in supplementing his prior discovery responses, and provided that Plaintiff stipulate to continuing by approximately ninety (90) days the trial date and related dates (in particular the dispositive motion deadline), in order that Defendant not be prejudiced by this amendment;

THEREFORE, it is ORDERED that:

1. Plaintiff Luchetti is hereby granted leave to file the subject First Amended Complaint;

2. Plaintiff Luchetti shall make himself available for further deposition regarding new allegations raised in such First Amended Complaint, any information or subjects that come to light as a result of Plaintiff's testimony about these new allegations, and any further information provided by Plaintiff in supplementing his prior discovery responses; and

3. The trial date and related dates (including the dispositive motion deadlines, the fact discovery cut-off and other dates set forth in the Court's Pretrial Preparation Order) shall be continued by roughly ninety (90) days to mutually agreeable dates that pose no conflict on the Court's calendar and on respective counsel's calendars, which dates shall be specifically established at the upcoming January 23, 2009, Case Management Conference.

Dated:  January ___, 2009

_____
HON. SUSAN ILSTON, JUDGE
UNITED STATES DISTRICT COURT

Motions: 7/17/09
Pretrial: 9/15/09
Jury Trial: 9/28/09

*Read and Approved for Entry:*

Dated:  January 15, 2009                              s/

_____

DANIEL ROBERT BARTLEY
ATTORNEY FOR PLAINTIFF
LARRY LUCHETTI

Dated:  January 15, 2009                              s/

_____

MICHELE BALLARD MILLER
ATTORNEY FOR DEFENDANT
THE HERSHEY COMPANY