IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LUCHETTI,<br><br>        Plaintiff,<br><br>  v.<br><br>THE HERSHEY COMPANY,<br><br>        Defendant.<br>_____/ | No. C 08-01629 SI<br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: n/a
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 12, 2009.

DESIGNATION OF EXPERTS: 8/14/09 ; REBUTTAL: 8/24/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 4, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by July 2, 2009;

    Opp. Due July 17, 2009;  Reply Due July 24, 2009;

    and set for hearing no later than August 7, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 6, 2009 at 3:30 PM.

JURY TRIAL DATE: October 19, 2009 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court adjusted the litigation schedule as indicated above.
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur during the last two weeks in August 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                  SUSAN ILLSTON
                                                United States District Judge

**United States District Court**
For the Northern District of California