1  Michele Ballard Miller (SBN 104198)
       mbm@millerlawgroup.com
2  Lisa C. Hamasaki (SBN 197628)
       lch@millerlawgroup.com
3  Claudia J. Castillo (SBN 215603)
       cjc@millerlawgroup.com
4  MILLER LAW GROUP
   A Professional Corporation
5  111 Sutter Street, Suite 700
   San Francisco, CA 94104
6  Tel. (415) 464-4300
   Fax (415) 464-4336
7
   Attorneys for Defendant
8  THE HERSHEY COMPANY

9

10           UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13  LARRY LUCHETTI,                    Case No.:  CV 08-1629 SI

14           Plaintiff,                [PROPOSED] ORDER GRANTING
                                       DEFENDANT THE HERSHEY
15  v.                                 COMPANY'S REQUEST FOR
                                       DEFENDANT TO APPEAR VIA
16                                     TELEPHONE FOR THE AUGUST 31,
17  THE HERSHEY COMPANY, a Delaware    2009 SETTLEMENT CONFERENCE
    corporation, and DOES 1 through 100,
18  inclusive,                         Complaint filed: January 24, 2008

19           Defendants.
20

21
22
23
24
25
26
27
28

---

1

PROPOSED] ORDER GRANTING REQUEST FOR DEFENDANT TO APPEAR VIA TELEPHONE FOR UPCOMING
SETTLEMENT CONFERENCE; Case No.: CV 08-1629 SI

1  Having reviewed Defendant The Hershey Company's Request For Defendant
2  To Appear Via Telephone For The August 31, 2009 Settlement Conference and good
3  cause appearing, such request is hereby granted. Defendant's client representative, Mr.
4  Christopher Scalia, may appear via telephone for the August 31, 2009 Settlement
5  Conference scheduled in this matter.

7  IT IS SO ORDERED.

9  Dated: 8/19/09

         _____
         U.S. Magistrate Judge Wayne D. Brazil

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA