**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LARRY LUCHETTI,                                            No. C 08-1629 SI

        Plaintiff,                                              **JUDGMENT**

  v.

THE HERSHEY COMPANY and DOES 1 through 100, inclusive,

        Defendants.
                                              /

Defendant's motion for summary judgment is granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: September 9, 2009

SUSAN ILLSTON
United States District Judge